# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alan Malott | ) | Case No. 3:21-CR-09 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

RECEIVED BY: S
DATE: 2/10/2021  TIME: 3:
U.S. MARSHAL E/TN
KNOXVILLE, TN

FILED
APR 19 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alan Malott ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about June 4, 2019, in the Eastern District of Tennessee, knowingly persuaded, induced or enticed a minor that had not reached the age of 17, to engage in sexually explicit conduct and the child pornography produced had been mailed, shipped, or transported through interstate or foreign commerce, in violation of Title 18, Section 2251(a).

Date: 2/10/2021

City and state: KNOXVILLE, TN

*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 2/10/2021 , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: 4/15/2021

*Arresting officer's signature*

KEVIN CALLAGHAN DUSM
*Printed name and title*

FID: 11235827
USM#: 36552-509

21740210-0684-J